JONATHAN V. GOULD (DC Bar No. 477569)
*Senior Deputy Comptroller and Chief Counsel*
BAO NGUYEN (NC Bar No. 39946)
Principal Deputy Chief Counsel
GREGORY F. TAYLOR (DC Bar No. 417096)
Director of Litigation
PETER C. KOCH (IL Bar No. 6225347)
Assistant Director of Litigation
MARSHA STELSON EDNEY (DC Bar No. 414271)
Counsel
ASHLEY W. WALKER (DC Bar No. 488126)
Counsel
ALISSA V. SAGRI (MD No. 0812180099)
Counsel
AMBER N. MELTON (MD No. 1405200002)
Counsel
HANNAH E. HICKS (AL Bar No. 9577S61W)
Attorney
    Office of the Comptroller of the Currency
    400 7th Street, SW
    Washington, D.C. 20219
    Telephone: (202) 649-6300
    Facsimile: (202) 649-5709
    ashley.walker@occ.treas.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION; CALIFORNIA REINVESTMENT COALITION,<br><br>          Plaintiffs,<br><br> v.<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY and BRIAN BROOKS, in his official capacity as Acting Comptroller of the Currency,<br><br>          Defendants. | CASE NO. 20-CV-04186-KAW<br><br>**NOTICE OF NEW PROPOSED RULEMAKING** |

NOTICE OF NEW PROPOSED RULEMAKING, CASE NO. 20-CV-04186-KAW

Defendants the Office of the Comptroller of the Currency and Acting Comptroller Brian Brooks (collectively "OCC") respectfully submit this Notice of New Proposed Rulemaking.  On November 25, 2020, the OCC issued a Notice of Proposed Rulemaking, published in the Federal Register on December 4, 2020, 85 Fed. Reg. 78,258 ("NPR"), attached hereto as Exhibit A.  This new NPR seeks public comment on, among other things, a proposed approach for determining numeric benchmarks, thresholds, and minimums for performance standards under the OCC's final rule implementing the Community Reinvestment Act of 1977, Public Law 95-128, 91 Stat. 1147, *codified at* 12 U.S.C. §§ 2901 *et seq.*, challenged by Plaintiffs in this action.  *See* 85 Fed. Reg. 34,734 (June 5, 2020).

Dated: December 9, 2020

Respectfully submitted,

*/s/ Ashley W. Walker*
JONATHAN GOULD (DC Bar No. 477569)
Senior Deputy Comptroller and Chief Counsel
BAO NGUYEN (NC Bar No. 39946)
Principal Deputy Chief Counsel
GREGORY F. TAYLOR (DC Bar No. 417096)
Director of Litigation
PETER C. KOCH (IL Bar No. 6225347)
Assistant Director of Litigation
MARSHA STELSON EDNEY (DC Bar No. 414271)
Counsel
ASHLEY W. WALKER (DC Bar No. 488126)
Counsel
ALISSA V. SAGRI (MD No. 0812180099)
Counsel
AMBER N. MELTON (MD No. 1405200002)
Counsel
HANNAH E. HICKS (AL Bar No. 9577S61W)
Attorney
Office of the Comptroller of the Currency
400 7th Street, SW
Washington, D.C. 20219
Telephone: (202) 649-6300
Facsimile: (202) 649-5709
ashley.walker@occ.treas.gov

*Attorneys for Defendants*

NOTICE OF NEW PROPOSED RULEMAKING, CASE NO. 20-CV-04186-KAW