UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL COMMUNITY
REINVESTMENT COALITION, et al.,

Plaintiffs,

v.

OFFICE OF THE COMPTROLLER OF
THE CURRENCY, et al.,

Defendants.

Case No.  4:20-cv-04186-KAW

**ORDER REQUIRING
SUPPLEMENTAL BRIEFING; ORDER
CONTINUING HEARING ON MOTION**

Re: Dkt. Nos. 25, 38

On August 31, 2020, Defendants filed a motion to dismiss. (Dkt. No. 25.)  That motion is fully briefed.  On December 9, 2020, Defendants filed a notice of proposed rulemaking pertaining to the Community Reinvestment Act, which is at issue in the pending motion, and attached 12 pages from the Federal Register concerning the proposed rule changes. (Dkt. No. 38.)

It is not clearly apparent how the proposed changes affect the instant motion. Defendant shall file a supplemental brief by December 28, 2020, explaining how the proposed rulemaking impacts the pending motion, if at all.  Plaintiff shall file a response by January 4, 2021.  The briefs shall not exceed five pages.

Additionally, the hearing on the pending motion to dismiss set for December 17, 2020 is continued to January 21, 2021.

IT IS SO ORDERED.

Dated: December 16, 2020

KANDIS A. WESTMORE
United States Magistrate Judge