JONATHAN V. GOULD (DC Bar No. 477569)
Senior Deputy Comptroller and Chief Counsel
BAO NGUYEN (NC Bar No. 39946)
Principal Deputy Chief Counsel
GREGORY F. TAYLOR (DC Bar No. 417096)
Director of Litigation
PETER C. KOCH (IL Bar No. 6225347)
Assistant Director of Litigation
MARSHA STELSON EDNEY (DC Bar No. 414271)
Counsel
ASHLEY W. WALKER (DC Bar No. 488126)
Counsel
ALISSA V. SAGRI (MD No. 0812180099)
Counsel
AMBER N. MELTON (MD No. 1405200002)
Counsel
HANNAH E. HICKS (AL Bar No. 9577S61W)
Attorney
    Office of the Comptroller of the Currency
    400 7th Street, SW
    Washington, D.C. 20219
    Telephone: (202) 649-6300
    Facsimile: (202) 649-5709
    ashley.walker@occ.treas.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION; CALIFORNIA REINVESTMENT COALITION, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF THE COMPTROLLER OF THE CURRENCY and BLAKE J. PAULSON, in his official capacity as Acting Comptroller of the Currency, <br><br> Defendants. | CASE NO. 20-CV-04186-KAW <br><br> **JOINT STIPULATED REQUEST FOR ORDER RE: ENLARGEMENT OF TIME TO ANSWER COMPLAINT** |

1  Pursuant to Civil Local Rules 6-2 and 7-12, the Parties hereby stipulate to and respectfully request entry of a Court order enlarging time by two weeks for the filing of Defendants' Answer to the Complaint (ECF. No. 1).[1]

On January 29, 2021 (ECF No. 45), the Court ordered the OCC to file an Answer within 21 days, *i.e.* by February 19, 2021. In light of the length of the Complaint—54 pages, 176 paragraphs—the parties agree that an additional two weeks of time is reasonable for Defendants to answer and accordingly propose that the Answer be due by March 5, 2021.

Previously, by order dated September 14, 2020, the Court set deadlines enlarging the Parties' time to file a response opposing and a reply in support of Defendants' motion to dismiss to September 28, 2020 and October 13, 2020 respectively (ECF No. 33). There have been no other previous time modifications in the case.

The requested enlargement of time for the filing of the Answer will have no effect on the rest of the schedule currently set in the case.

Dated: February 16, 2021

Respectfully submitted,

*/s/ Ashley W. Walker*
JONATHAN GOULD (DC Bar No. 477569)
Senior Deputy Comptroller and Chief Counsel
BAO NGUYEN (NC Bar No. 39946)
Principal Deputy Chief Counsel
GREGORY F. TAYLOR (DC Bar No. 417096)
Director of Litigation
PETER C. KOCH (IL Bar No. 6225347)
Assistant Director of Litigation
MARSHA STELSON EDNEY (DC Bar No. 414271)
Counsel
ASHLEY W. WALKER (DC Bar No. 488126)
Counsel
ALISSA V. SAGRI (MD No. 0812180099)
Counsel
AMBER N. MELTON (MD No. 1405200002)
Counsel

---

[1] Mr. Paulson assumed the duties of Acting Comptroller on January 14, 2021 and is automatically substituted as a party in this case under Rule 25(d) of the Federal Rules of Civil Procedure.

JOINT STIPULATED REQUEST FOR ORDER RE: ENLARGEMENT OF TIME TO ANSWER COMPLAINT, CASE NO. 20-CV-04186-KAW

1

HANNAH E. HICKS (AL Bar No. 9577S61W)
Attorney
Office of the Comptroller of the Currency
400 7th Street, SW
Washington, D.C. 20219
Telephone: (202) 649-6300
Facsimile: (202) 649-5709
ashley.walker@occ.treas.gov

*Attorneys for Defendants*

/s/ *Jeffrey B. Dubner*
Jeffrey B. Dubner (DC Bar No. 1013399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Facsimile: (202) 701-1775
jdubner@democracyforward.org

*Attorney for Plaintiffs*

PURSUANT TO STIPULATION, Defendants shall file an Answer to the Complaint by March 5, 2021. IT IS SO ORDERED.

Dated:_____

_____
The Honorable Kandis A. Westmore
United States Magistrate Judge

JOINT STIPULATED REQUEST FOR ORDER RE: ENLARGEMENT OF TIME TO ANSWER COMPLAINT, CASE NO. 20-CV-04186-KAW

2

**ATTESTATION**

I, Ashley W. Walker, am the ECF user filing this Stipulation.  In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing in this document was obtained from the above signatories.

Dated: February 16, 2021  By:

*/s/ Ashley W. Walker*
ASHLEY W. WALKER (DC Bar No. 488126)
Counsel
Office of the Comptroller of the Currency
400 7th Street, SW
Washington, D.C. 20219
Telephone: (202) 649-6300
Facsimile: (202) 649-5709
ashley.walker@occ.treas.gov

*Attorney for Defendants*